JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com
Attorneys for Defendants
SMITH'S FOOD & DRUG CENTERS, INC.
JASON SONNENBURG

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA SEVERSON,<br><br>      Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, d/b/a SMITHS; JASON SONNENBURG, an Individual; DOE EMPLOYEE; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>      Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

Defendants, SMITH'S FOOD & DRUG CENTERS, INC. ("SMITH'S") and JASON SONNENBURG ("SONNENBURG") hereby give notice of  their removal of Case No. A-20-820954-C from the Eighth Judicial District Court, Clark County, Nevada, to this Court. This Notice of Removal is filed pursuant to 28 U.S.C. §§1441(a) and 1446. As grounds for removal, Defendants state as follows:

**I.**

**NOTICE OF REMOVAL IS TIMELY**

1.     On September 10, 2020, Plaintiff, LINDA SEVERSON, originally filed this lawsuit against SMITH'S and one of its employees, JASON SONNENBURG ("SONNENBURG"), a Nevada resident.  Pursuant to 28 U.S.C. §1446(a), a complete copy of the state court file, including

CLAC 5971442.1

the Complaint and process, is attached hereto as Exhibit "A".

2. SONNENBURG was served with process on or about September 15, 2020.

3. SMITH'S was served with process on or about September 16, 2020.

4. The Complaint filed and served on SMITH'S contains a prayer for relief for "General damages in an amount in excess of $15,000.00;". (Compl. at 5).

5. Before litigation was filed in Nevada State Court, Plaintiff's attorney sent a letter to SMITH'S Third Party Claim Administrator dated February 5, 2020. Therein, Plaintiff itemized medical expenses in the total amount of $175,893.36. A copy of the demand letter dated February 5, 2020 is attached hereto as Exhibit "B". Based upon the amount of medical bills allegedly related to this accident/litigation, Defendants believe that the "amount in controversy" exceeds the jurisdictional minimum for diversity jurisdiction.

6. This Notice of Removal is timely filed under 28 U.S.C. §1446(b), which provides:

> If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, except that a case may not be removed on the basis of jurisdiction conferred by section 1332 of this title more than 1 year after commencement of the action.

7. The following pleadings have been entered and/or filed in State Court:

   a. Plaintiff's Complaint filed September 10, 2020;

   b. Affidavit of Service for SMITH'S filed September 18, 2020;

   c. Affidavit of Service for SONNENBURG filed September 25, 2020; and

   d. SMITH'S Answer to Plaintiff's Complaint filed October 5, 2020.

8. Other than the pleadings discussed above, no further proceedings have taken place in District Court, Clark County, Nevada as of the filing of this notice of removal.

## II.

## **DIVERSITY JURISDICTION EXISTS**

9. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332. This action may be removed pursuant to 28 U.S.C. §1441, because the amount in

controversy exceeds $75,000, exclusive of interest and costs; the suit involves a controversy between citizens of different states; and none of the properly joined defendants is a citizen of Nevada.

### A. The Amount in Controversy Requirement is Satisfied.

10. The Complaint filed and served on SMITH'S contains a prayer for relief for "General damages in an amount in excess of $15,000.00;". (Compl. at 5).

11. Plaintiff's demand letter of February 5, 2020, indicates that Plaintiff has incurred medical expenses in the amount of $175,893.36. (*See* Exhibit "B").

### B. The Parties Are Diverse.

12. The diversity of citizenship requirement is satisfied. Defendants are informed and believe that Plaintiff was at the time of her Complaint a citizen and resident of the State of Nevada. (*See* Compl. ¶1) .

13. SMITH'S was at the time of the filing of Plaintiff's Complaint and is now an Ohio Corporation with its principal place of business in the State of Utah.

14. SONNENBURG was at the time of the filing of Plaintiff's Complaint and now is now a citizen and resident of the State of Nevada. However, SONNENBURG is a sham Defendant named only to defeat diversity of citizenship jurisdiction. SONNENBURG could not have committed any acts of independent or direct negligence against Plaintiff as he was not working at the SMITH'S store when Plaintiff's accident occurred. Under the Fraudulent Joinder Doctrine, SONNENBURG'S citizenship should be ignored.

## III.

## REMOVAL TO THIS JURISDICTION IS PROPER

15. Pursuant to 28 U.S.C. §§1332, 1441, and 1446, removal of the above-captioned state court action to this Court is appropriate.

16. Pursuant to 28 U.S.C. §1441(a), removal is made to this Court as the district and division embracing the place where the state action is pending 28 U.S.C. §108.

17. Defendants reserve the right to amend or supplement this Notice of Removal.

18. Defendants reserve all defenses, including, without limitation, the defense of lack of personal jurisdiction.

3

CLAC 5971442.1

19. Defendants request a trial by jury of all issues.

20. Defense counsel is providing Plaintiff, by and through her counsel, written notice of the filing of this Notice of Removal as required by 28 U.S.C. §1446(d). Further, Defense counsel is filing a copy of this Notice of Removal with the Clerk of the Eighth Judicial District Court, Clark County, Nevada, where the action is currently pending.

Dated this 15th day of October, 2020.

                              COOPER LEVENSON, P.A.

By  /s/ Jerry S. Busby
      Jerry S. Busby
      Nevada Bar #001107
      Gregory A. Kraemer
      Nevada Bar #010911
      3016 West Charleston Boulevard - #195
      Las Vegas, Nevada 89102
      Attorneys for Defendants
      SMITH'S FOOD & DRUG CENTERS, INC.
      JASON SONNENBURG

CLAC 5971442.1